ROBIN D. BALL (BAR NO. 159698)
**NORTON ROSE FULBRIGHT US LLP**
555 South Flower Street
Forty-First Floor
Los Angeles, California  90071
Telephone:   (213) 892-9200
Facsimile:    (213) 892-9494
robin.ball@nortonrosefulbright.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITE HERE LOCAL 30,<br><br>Plaintiff,<br><br>v.<br><br>OMNI HOTELS MANAGEMENT CORPORATION d/b/a OMNI LA COSTA RESORT & SPA,<br><br>Defendant. | Civil Action No.  19-cv-830-MMA-LL<br><br>**JOINT MOTION AND STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO THE COMPLAINT PURSUANT TO LOCAL RULES 7.2 AND 12.1**<br><br>Hon. Michael M. Anello<br>Courtroom 3D |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 1 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## <u>NOTICE OF JOINT MOTION AND STIPULATION TO EXTEND TIME</u>

**WHEREAS**, Plaintiff Unite Here Local 30 ("Plaintiff") filed this action against Defendant Omni Hotels Management Corporation d/b/a Omni La Costa Resort & Spa ("Defendant") in the United States District Court for the Southern District of California;

**WHEREAS**, pursuant to Federal Rule of Civil Procedure 12, Defendant's response to the complaint is due on June 26, 2019;

**WHEREAS**, the parties are convening on July 1, 2019 to attempt to resolve the issues underlying the complaint;

**WHEREAS**, in light of the parties' July 1, 2019 meeting and the intervening July 4, 2019 holiday, the Defendant has asked Plaintiff for additional time to answer, move, or otherwise respond to the complaint, and Plaintiff has agreed thereto;

**NOW, THEREFORE**, the parties hereby agree and stipulate to the following:

Defendant's time to answer, move, or otherwise respond to the complaint is extended two (2) weeks until and through July 10, 2019.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

DOCUMENT PREPARED
ON RECYCLED PAPER

JOINT MOTION AND STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO THE
COMPLAINT PURSUANT TO LOCAL RULES 7.2 AND 12.1
CIVIL ACTION NO.  19-CV-830-MMA-LL

Dated:  June 24, 2019                    Respectfully submitted,

Norton Rose Fulbright US LLP


By:  s/Robin D. Ball
    Robin D. Ball
    Attorney for Defendant
    E-mail: robin.ball@nortonrosefulbright.com


Dated:  June 24, 2019                    McCracken, Stemerman & Holsberry, LLP


By:  s/Kimberley C. Weber
    Kimberley C. Weber
    Attorney for Plaintiff
    E-mail: kweber@msh.law


## Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedure Manual, I hereby certify that the content of this document is acceptable to Kimberley C. Weber, counsel for Plaintiff, and that I have obtained Ms. Weber's authorization to affix her electronic signature to this document.


By: s/Robin D. Ball
    Robin D. Ball
    Attorney for Defendant
    Email: robin.ball@nortonrosefulbright.com

DOCUMENT PREPARED
ON RECYCLED PAPER